So Ordered.

_____

Robert E. Littlefield, Jr.
Chief, United States Bankruptcy Judge

Signed this 29 day of April, 2013.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

    FORT CHRISTOPHERS THOROUGHBREDS,
LLC,

Case No.  12-10016
Chapter 12

                        Debtor(s).

## ORDER SETTING TELEPHONIC HEARING PURSUANT TO 11 U.S.C. § 105

A telephonic hearing in the above-captioned matter shall be held on **May 2, 2013 at 1:00**

**P.M.** regarding the annexed pleading.  It is expected that the Chapter 12 Trustee, Mark

Swimelar; Attorney Richard Croak; and Attorney Jane Arnone appear.

The parties are directed to provide their direct telephone contact information to the

courtroom deputy via email (Theresa_O'Connell@nynb.uscourts.gov) by no later than one

day(s) prior to the scheduled hearing.

NOTICE OF SANCTIONS FOR FAILURE TO COMPLY

Failure to comply with any of the terms of this order may result in the imposition of

sanctions as may be deemed appropriate by the court including, but not limited to, dismissal,

-1-

preclusion, the striking of pleadings, imposition of monetary penalties including the assessment of attorneys' fees and costs and entry of a dispositive order or judgment.

### # # #