# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| In re | |
|---|---|
| FORT CHRISTOPHER'S THOROUGHBREDS, LLC, | Chapter 12<br>Case No. 12-10016 |
| Debtor. | |

## SECOND AMENDED CHAPTER 12 PLAN

FORT CHRISTOPHER'S THOROUGHBREDS, LLC ("Debtor"), having filed a petition for relief pursuant to Chapter 12 of the United States Bankruptcy Code on January 5, 2012, and the Court having confirmed the Debtor's plan by order entered on August 4, 2014, and the Court having entered an order approving the Debtor's First Amended Plan on October 6, 2014, the Debtor now proposes the following modification of its confirmed plan:

    a.    All post-petition and post-confirmation payment defaults shall be deemed waived.

    b.    Deere shall have an allowed, secured claim in the amount of $9,678.00, plus interest at 7% per annum, amortized over the remaining 52 months of the Plan with a monthly payment in the amount of $216.31.

    c.    Monthly payments to the Chapter 12 Trustee shall be increased to $4,628.84.

Dated: March 13, 2015

                                                                                Christopher Shelli, Managing Member

109166-1